**20 CI 00095**

Case No: _____

Court of Justice

Commonwealth of Kentucky

Jefferson Circuit Court

Division _____

**CIVIL SUMMONS**

JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)

**SOUSS LLC**                                        **PLAINTIFF**

v.

**RISK PLACEMENT SERVICES, INC,**            **DEFENDANT**
    Serve: Corporation Service Company
          421 West Main Street
          Frankfort, Ky., 40601

**THE COMMONWEALTH OF KENTUCKY**

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in you behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name and addressee of the party demanding such relief against you or his attorney are shown on the document delivered to you with this summons.

Date: _____JAN 0 6 2020_____ Clerk: __DAVID L. NICHOLSON, CLERK__

                                                 By: _____ D.C.

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document)

To: _____

This _____ day of _____, 2020

Served By: _____

NO. _____        JEFFERSON CIRCUIT COURT
20 CI 00095        DIVISION ~~JEFFERSON CIRCUIT COURT~~
       JUDGE DIVISION FIVE (5)

**SOUSS LLC**        **PLAINTIFF**

v.        **COMPLAINT**

**RISK PLACEMENT SERVICES, INC,**        **DEFENDANT**
Serve: Corporation Service Company
421 West Main Street
Frankfort, Ky., 40601

Comes now the Plaintiff, Souss LLC, by and through counsel, and for its Complaint herein states as follows:

1. That it is a Limited Liability Company, that provides trucking servcies and having its Prinicpal place of business in Louisville, Jefferson County Kentucky.

2. That the Defendant, Risk Placement Services, Inc. (Hereafter RPS), is a foreign corporation operating in and subject to the laws of the Commonwealth of Kentucky.

3. That before January 29, 2019 the Plaintiff contracted to have liability insurance coverage renewed for its company to continue its transporting of goods on the U. S. Highways. Defendant, RSP acting as agent for Souss LLC, did on January 29, 2019 negligently fail to renew or place the contracted for insurance coverage.

4. That the Defendant, RPS acting through its agents and or employees was otherwise negligent in placing and obtaining the requested motor vehicle insurance coverage.

5. That as a direct and proximate result of the negligence of the Defendant, RPS, the Plaintiff, Souss LLC suffered the following damages:

    a. Loss of insurance coverage for four days causing the inability to transport

over the U. S. highways causing an interruption in deliveries, and the loss of additional delivery contacts in an amount in excess of this court's jurisdictional requirement;

b. The loss of status as being continually insured and an ongoing active over the road trucking business for over seven years, resulting in the loss of contracts for delivery in a substantial sum.

c. The incurring of legal fees and court cost to recover its damages flowing from the neglience of RPS.

**WHEREFORE**, Plaintiff, SOUSS LLC, prays for judgment against the Defendant,RISK PLACEMENT SERVICES, INC. as follows:

1. For a trial by jury on all issues so triable.

2. For a full and fair recovery to compensates it for the following damages:

   a. Loss of insurance coverage for four days causing the inability to transport over the U. S. highways causing an interruption in deliveries and the loss of additional delivery contacts in an amount in excess of this court's jurisdictional requirement;

   b. The loss of status as being continually insured and an ongoing active over the road trucking business for over seven years, resulting in the loss of contracts for delivery in a substantial sum.

   c. The incurring of legal fees and court cost to recover its damages flowing from the neglience of RPS.

3. For any and all other relief to which it may be deemed entitled, including court costs.

Respectfully submitted,

/s/ Grover S. Cox
Grover S. Cox
635 West Main Street,. Suite 300 B
Louisville, Kentucky 40202
*Counsel for Plaintiff, Souss LLC*

U.S. POSTAGE >> PITNEY BOWES
ZIP 40202 $ 006.80⁰
02 4W
0000371276 JAN. 06. 2020

7019 0700 0002 0525 0118



David L. Nicholson
Jefferson County Circuit Court Clerk
Louis D. Brandeis Hall of Justice
600 West Jefferson Street
Louisville, Kentucky 40202

Risk Placement Services, INC
Serve: Corporation Service Company
421 West Main Street
Frankfort, KY 40601